# Third District Court of Appeal

## State of Florida

Opinion filed May 1, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D23-1727; 3D23-1847
Lower Tribunal No. 21-24215

_____

**Park Square 5 LLC,**
Appellant/Petitioner,

vs.

**MB Doral LLC, et al.,**
Appellees/Respondents.

Appeals from a non-final order from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Donna M. Krusbe, James M. Kloss and Nicholas Cardamone (West Palm Beach), for appellant/petitioner.

Greenspoon Marder LLP, and Louis J. Terminello, for appellee/respondent, MB Doral LLC.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Amelio v. Marilyn Pines Unit II Condo. Ass'n, Inc., 173 So. 3d 1037, 1041 (Fla. 2d DCA 2015) (holding an injunction was warranted to require an association to complete repairs to the premises because the association "has the exclusive duty to make repairs" and emphasizing that "once the problem at hand is resolved by appropriate repairs, an injunction should no longer be required").